CHARLES DE KAY TOWNSEND et al., Appellants, *v.* GREENWICH INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent, Impleaded with Another.

*Townsend* v. *Greenwich Ins. Co.*, 86 App. Div. 323, affirmed.
(Argued May 17, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 4, 1903, affirming a judgment in favor of defendant, entered upon a verdict directed by the court.

*Abel Crook, Mortimer S. Brown* and *William D. Gaillard* for appellants.

*Michael H. Cardozo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.